

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG LAPTOP COMPUTER,<br>BEARING SN: ZYPX93GB100175D<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-819-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SEAGATE HARD DRIVE,<br>BEARING SN: 5PJ9YKP6<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-820-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GOOGLE PIXEL 2 CELL PHONE,<br>BEARING IMEI: 357537081279077<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-821-DJA<br><br>**Government's Motion To Unseal Case** |

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

1

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>COOL PAD CELL PHONE,<br>BEARING IMEI: 861325031435711<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-822-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LG T MOBILE CELL PHONE<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-823-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>ASUS NEXUS 7 TABLET<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-824-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LG TABLET, IMSI: 310120057728394<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-825-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG METRO PCS CELL PHONE<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-826-DJA<br><br>**Government's Motion To Unseal Case** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>MACBOOK PRO LAPTOP COMPUTER, BEARING SN: WQ0190Z7ATM<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-827-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GALAXY S7 CELL PHONE,<br>BEARING IMSI: 310007022950831<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-828-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG SM-T230NU<br>GALAXY TAB 4 TABLET<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-829-DJA<br><br>**Government's Motion To Unseal Case** |

**CERTIFICATION: This Motion is timely filed.**

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation

///

///

///

3

of producing the same as discovery in companion cases to this investigation, currently charged in State of Nevada case numbers 19F21822A and 19F21822B.

**DATED** this 1 day of November 2019.

          Respectfully,

          NICHOLAS A. TRUTANICH
          United States Attorney

          */s/ Bianca R. Pucci*

          BIANCA R. PUCCI
          Assistant United States Attorney

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG LAPTOP COMPUTER,<br>BEARING SN: ZYPX93GB100175D<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-819-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SEAGATE HARD DRIVE,<br>BEARING SN: 5PJ9YKP6<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-820-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GOOGLE PIXEL 2 CELL PHONE,<br>BEARING IMEI: 357537081279077<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-821-DJA<br><br>**Order To Unseal Case** |

5

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-822-DJA |
| 2 | COOL PAD CELL PHONE, BEARING IMEI: 861325031435711 | **Order To Unseal Case** |
| 3 | | |
| 4 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 5 | | |
| 6 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-823-DJA |
| 7 | LG T MOBILE CELL PHONE | **Order To Unseal Case** |
| 8 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 9 | | |
| 10 | | |
| 11 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-824-DJA |
| 12 | ASUS NEXUS 7 TABLET | **Order To Unseal Case** |
| 13 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 14 | | |
| 15 | | |
| 16 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-825-DJA |
| 17 | LG TABLET, IMSI: 310120057728394 | **Order To Unseal Case** |
| 18 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 19 | | |
| 20 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-826-DJA |
| 21 | SAMSUNG METRO PCS CELL PHONE | **Order To Unseal Case** |
| 22 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>MACBOOK PRO LAPTOP COMPUTER,<br>BEARING SN: WQ0190Z7ATM<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-827-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GALAXY S7 CELL PHONE,<br>BEARING IMSI: 310007022950831<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-828-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG SM-T230NU<br>GALAXY TAB 4 TABLET<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-829-DJA<br><br>**Order To Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this ____ day of November 2019.

_____
UNITED STATES MAGISTRATE JUDGE